USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MORTIA WALKER, on behalf of her infant son K.W.,

                                                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

                                                              Defendants.

**ORDER TO DISPERSE FUNDS**

18CV4815 (MKV)

------------------------------------------------------------------------ x

MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

Upon the application of Mortia Walker, mother and guardian of K.W., for permission to disburse $2000.00 from the funds deposited in Ridgewood Savings Bank Account ending with **#9264** and titled K.W. by Mortia Walker, (a certificate of deposit that can not be withdrawn by anyone including infant plaintiff until plaintiff turns eighteen years of age) so the infant may pay for necessities in connection with his schooling and sports participation; it is hereby

ORDERED that Ridgewood Savings Bank shall immediately permit infant plaintiff's guardian Mortia Walker to withdraw $2000.00 from the account entitled K. W. by Mortia Walker and ending in #9264.

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

DATED 7/14/2021